**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2705

Mayday Health and Nancy Turbak Berry

Appellees

v.

Governor Larry Rhoden, in his official capacity and Attorney General Marty Jackley, in his official capacity

Appellants

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:26-cv-04096-CCT)

---

**ORDER**

The appellees' motion for an extension of time within which to respond to appellants' motion to stay the preliminary injunction, is granted to September 24, 2026.

September 14, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler