**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2705

Mayday Health and Nancy Turbak Berry

Appellees

v.

Governor Larry Rhoden, in his official capacity and Attorney General Marty Jackley, in his official capacity

Appellants

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:26-cv-04096-CCT)

---

**ORDER**

Appellants' motion to stay the preliminary injunction issued by the district court is denied.

October 01, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler