**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Paul Sanford Swedlund
**CC:** Jacob Ryan Dempsey
Marty J. Jackley
James D. Leach
Amanda Miiller

**DATE:** October 07, 2026

**RE:** 26-2705 Mayday Health, et al v. Larry Rhoden, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X___ CAPTION. *Please use the caption provided by the court.*

Mayday Health; Nancy Turbak Berry

Plaintiffs - Appellees

v.

Governor Larry Rhoden, in his official capacity; Attorney General Marty Jackley, in his official capacity

Defendants – Appellants

__X___ ORDER OF CONTENTS IS INCORRECT. See FRAP 28(a)(1)-(10). *Please place the standard of review after the summary of the argument.*

__X___ SUMMARY OF THE CASE IS MISSING, INCOMPLETE OR EXCEEDS 1 PAGE. See 8th Cir. R. 28A(i)(1).

___X___ JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE. See FRAP 28(a)(4)(A)-(D).

___X___jurisdiction of district court or agency;
_____appellate jurisdiction;
___X___filing dates establishing timelines;
_____assertion appeal is from final order or other basis for court's jurisdiction.

___X___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
__X____ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____ R. Doc. _____ , at _____ .) *Citations to the transcript are correctly formatted.*

___X___ SIGNATURE NOT PRESENT. Please submit a signature page. *Please use /s/ for typed signatures*

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

NDG