**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2705

Mayday Health and Nancy Turbak Berry

Appellees

v.

Governor Larry Rhoden, in his official capacity and Attorney General Marty Jackley, in his official capacity

Appellants

------------------------------

State of Arkansas, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:26-cv-04096-CCT)

---

**ORDER**

Appellees' motion for extension of time to file the brief is granted in part. Appellees may have until November 24, 2026, to file the responsive brief.

November 04, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________________

/s/ Susan E. Bindler